

FILED
MAY 18 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3:23-cv-441

To whom it may concern,

Hi my name is Adam Timothy Hays and i'm currently sitting in the Chippewa County Jail in Wisconsin at 50 E. Spruce St Chippewa Falls, WI 54729. So I already filed this to the Western District in Wisconsin and Northern District of Illinois. I'm not sure if either of them will pick this up. I know that there's a part that says the parties are from a different state and want to sue for over $75,000. I'm not sure if you could help me with this, or if your court would take this up. So if you guys do.

| Plaintiff | Defendants |
|---|---|
| Adam Timothy Hays | Chippewa County |
| ? | West Central Drug Task Force |
| v.s. | Probation office |
| | ? |

## Complaint

The plaintiff Adam Hays is currently an inmate in Chippewa County Jail. So the whole month before I got arrested I would go the bathroom and there would be dark red blood. I have moderate-severe Crohns disease. I had an appointment for a GI doctor set up for Feb. 2022. I got arrested on Jan 30th 2022. The bleeding stopped since then but comes back from time to time. Sometimes my Crohns and Ulcertive Colitis would get so bad that I would lay on the floor in severe pain puking for days. I tried to put my mattress on the floor to be closer to the toilet but they told me I couldn't. They finally got me into a GI doctor 14 months later. The GI doctor ordered several tests and they still haven't done them yet. Also I suffer from PTSD. I've had this group that work with West Central Drug Task Force (WCDTF) and I believe some members of WCDTF might be part of, that have been terrorizing me for years now. They call themselves The Brotherhood aka The Hippie Mafia. I know it sounds crazy but please hear me out. You can look them up online. These people have taken everything from me, tried to kill me several times, and made me their fall guy / scapegoat. I believe they started out in California by selling prostitutes out of a hotel. Then they got into selling drugs, guns, smuggling drugs over the border of Mexico, and then human/sex trafficking. I know one of the founders is Dave Merrit. He even did an episode on Locked up Abroad about The Brotherhood and his time in prison in Mexico. He narrates the whole thing but his name was changed for legal reasons. I first heard of these guys 14 years ago. They

kidnapped my dad and his friend in California. They gave them an ultimatum. Whichever one gives up the name/addresses of the other family/friends they would let go. So they let my dad go and they cut his friend up. Sent him back in pieces to his family/friends. They didn't start messing with me until 5 or 6 years ago. Charles Page kidnapped my girlfriend at the time Ashley Gunder claiming that she owed them money. She stole a car and came back to me. She told me that at Charles house in Fairchild, WI he had cells in his attic, that he had a chair bolted to the floor with straps, a bed by the attic door with straps, and that he was tieing woman up in the basement because he was drugging/selling them against their will. She also told me if the woman didn't cooperate he would kill/bury them on his land. So eventually they told us that Ashley had to stay with or they would take her again. They also threatened to hurt my friends/family. Ever since then my grandma, my other grandma, my step grandma, my grandpa, my best friend of 20+ years Jessica Sharlow, and a bunch of my friends have wound up dead. Since i've been in here my other grandpa has died as well. So Ashley and me ended up breaking up. She was accused of murder in Downsville, WI at George Welchs trailer and given over 10 years in prison. I think they took her again and she was just defending herself. Before my trailer burned down my friend Sam was texting me. He was going to stop at my place but first he was going to stop at a house in the woods in Altoona, WI. He never stopped by, he stopped answering his phone, and was never home. After my trailer burned down and I was forced to sell my land I started living at a house in the woods in Altoona, WI. The previous owner John another member of The Brotherhood died not too long before I started staying there. One day I was wandering around in the woods and I found a spine/hipbone in a ziploc bag. I thought that it was an animals. I went to jail and reported it. It turned out to be my friend Sams. I guess a video/will came out around that time of John admitting to killing/eating a bunch of people and that the house/land was supposed to go to Michelle. I guess the new owner made these things go missing so they could get the house/land. Ashley told me that she may have stumbled across a bunch of graves in those woods and I may have to looking back. So not too long after this in 2020 me and Karyn Ward started dating. In Sep 2020 we were in a parked Honda Civic in Altoona, WI. That Honda was in George's name. The same person that owns the trailer in Downsville, WI that Ashley was defending herself at. My 99 tracker (that someone stole from the parking lot after this) was parked next to it because I was only working on the Honda. Someone had called the cops on us. (This case # 20CF1293

It's some of the charges that i'm on probation for.) They found 10-50 grams of meth in the glove box in a lock box and a bunch of THC in the trunk of the Honda. Niether one of us knew it was in there. The Brotherhood knows how to make you feel like they can get to you in jail, feel alone, and hopeless. I got out of jail in Jan 2021 and started living in Downsville, WI at George Welch's trailer with Dave Merrit and several others. One day Dave showed me two vials one with Himalayan Salt lick and the other with micro. bugs that he was going to put in my ears while I was sleeping. He was going to do this to remind me to keep my mouth shut, retract any statements, and to take whatever plea deals. They also threatened to frame me as their meth cook. So they lithium poisoned me and put that stuff in my ears while I was sleeping. Then they had West Central Drug Task Force (WCDTF) come and arrest me. They also lied to my probation agent and said I was the leader of some drug ring. So I got put into Dunn Co Jail, WI and then I was transferred to Eau Claire Co. Jail. If you check my medical records in Eau Claire you will see they had to give me ear drops because my ears were swollen shut with puss/blood coming from them. So I got out of jail in March 2021 and started living in Durand, WI above The House of Beauty. Ashley used to talk about this place. She used to say its not The House of Beauty It's The House of Horrors. It's where The Brotherhood takes people that owe them money or snitch on them and a guy that goes by The Butcher does horrible things to them. I think she may have been right. I doubt it's still like this but no one was ever there during the day and all the down-stairs windows were blacked out. Some nights you could hear people screaming in pain below us. So not too long after this in April 2021 Jen Smull's house in Durand, WI had gotten raided. One of The Brotherhoods cooks were there Eric Sorenson. They made me go there with Katie Bundy to be Eric's scapegoat. So I was again arrested by WCDTF and put into Pepin Co Jail. I was then transferred to Eau Claire Co Jail. If you check my medical records in Eau Claire Jail from April-Sep 2021 you will see that I was in/out of the ER and even had to go to an Ear, Nose, Throat Specialist because my ears were swollen shut with puss/blood coming from them. They also threatened to hurt Karyn. So I took the plea-deals. So I got out of jail in Sep and Karyn got out in Oct 2021. Around this time me and Maxamina Isham were hanging out. Some members of The Brotherhood forced us to go with him. They brought us to The Regency Hotel in Eau Claire and made Maxamina go in with them. They eventually brought me back to

The Regency and to one of their rooms. Maxamina wasn't there at first but she came back shortly after. I could tell something bad had happened because she was quiet and wanted to leave right away. So I finally got Karyn to come stay with me and her friends were right she wasn't the same. She slowly opened up to me and told me what was going on. She told me that they sold her like an animal years ago. The guy had her chained up in a room and did horrible things to her for a long time. She told me that Billy beat her, that she lost all emotion, she would lay in bed wanting to die, she learned how to shut off all emotion during sex, she was scared, she wanted me to get us help, she would jump at any fast movements, she told me that Dan at The Regency brought her in, that Jimmy on Birch St. would do evil things, and that Chris was bad to the girls including her. She would start fights with me and go to places like Birch st and The Regency. I learned since i've been in here that Karyn was forced into this years ago by her ex boyfriend. That Maxamina Isham was forced into this because she snitched on some hmongs. I was told they were being sold to older men and at The Regency. That same person told me if I tried to get them out the Brotherhood would just kidnap them and sell them in Millwaukee, WI. They would also bring Karyn to supposed "Parties". I've also heard that at The Regency they put woman being sold in their system as "Pet" fee so they don't have to show the cops their real names. I've heard that at at The Regency they have a door labled "Tools" that leads to the basement with four more rooms with cameras and that they have an Attic with the same set up. Then Dave Merrit moved in with us. He told us that we had to do what they wanted or they would hurt me, hurt my family, and hurt/sell Karyn. If you look closely at my new charges i'm facing two deliveries of meth. They don't even have me on camera making any transactions. I also had no prior contact with the CI only Dave did and they were the ones that called WCDTF. They also sent two enforcers who were staying on Birchs st at another place they sell woman at. So Dave ended up getting sick from spine cancer and getting really weak. He slowly opened up to me and told me about himself/organization. He told me that Dan Nielson was at The Regency was taking over for him. For some reason Dam and some others turned on him. They killed his dog Bjorn and hot shotted his son at The Regency. He dated an ex sheriff for a long time. He said that some members were cops, public defenders, WCDTF, probation agents,

and who knows who else. He told me that you couldn't believe the nasty things the people that are supposed to be protecting us would do to his prostitutes. He went into detail on how he got some of them to join. He would have one of his male/female CI/prostitutes find something the person is insecure about and break them down about it. He would have another CI/prostitute comfort them. They would slowly collect dirt on them and get them to do things for them until the person is in so deep they join. This scares me because i've gone through four attornies now that wanted nothing to do with this and two of them fired themselves. Now I have Cheryl Gill 608·385·3006. She wanted nothing to do with this either. So I sent this to my judge and several others looking for help. She got mad and ordered a mental competency test. The psycologist that did the mental competency test lied in it to make me look bad. The judge told me that if I wanted to I could file a civil suit for defamation of character. I also I think this got into the wrong hands because at that same court date one of the people involved with this were sitting in the back of the court room. My probation agent Benjamin Sieg: 715·450·2348 doesn't care about any of this. He just wants to revoke me and give me 8in 5out. Even though the last time that I had any treatment was 2009. It helped alot and I actually completed that probation. My probation agents supervisor Aaron Cernohous doesn't care about any of this. He wrote me back basically telling me this was all my fault and that I had a choice. That is further from the truth. I mean how many of my friends/family will it take until they just kill me and go after my son. I know in the past they have kidnapped Ashley and sold her in St. Paul, MN.. She would be on the phone in tears wanting to come home. I didn't want to put Karyn through that. She'd already been through enough. I know they work with other gangs like GD's, Bloods, and Various hmong gangs to traffic/sell prostitutes all over WI, MN, MI, IL, CA, FL, and who knows where else. I know they recruit/force homeless woman to sell as prostitutes, and to do their dirty work. They are putting fetynal in their meth to make all of this easier. He told me that some members were WCDTF. When other agents/agencies get close to their own they have CI's that work with them to make fall guys/scapegoats and to set up the competition. So two weeks after I came to jail Dave supposedly died. Even though not too long before I got arrested Dave showed me an EIN that he made. He had one of his prostitutes steal someones identity to make it so he could fake his own death. So they ended up putting me in the block with

Dan Nielson. He would boast about how he's been beating woman and selling them for 15 years. Here, at The Regency, and in Milwaukee, WI. I mean if you would have listened to his phone calls they consisted of him yelling at woman to sell pussy or else. He told me that they pay guys to e-mail woman in jail acting like they want to be with them or help them out. When the woman get out they beat them, make them feel alone, and hopeless. They get them hooked on meth so they lose weight. Then they pimp them out whether they want to or not. He said they were even doing this at The Regency. He said they have a thing at The Regency called The Track. That's when they make the woman go room to room. He said that "Parties" was code word for other places they sell woman. He said that they have woman with HIV that he sells to others with HIV and to people he doesn't like. He said that he makes the woman get boyfriends and that Karyn fell in love with me. I couldn't take it anymore and we got into it. They put me in the hole for 8 days and they let Dan out to work with WCDTF. So he could keep beating and terrorizing woman. Please help in anyway that you can. Me and the woman effected by this have severe PTSD and even live in fear.

### Relief Wanted

I first off would like $350,000 split between me, Karyn Ward, Ashley Gunder, and Maxamina Isham. I would like Ashley's case re-looked at. I know state statute 939.46 Coercion might help us and 973.46 Special disposition. I would like 950.045 Victim Advocate (Karyn Ward who's in prison at the moment.) We made need Witness protection. For WCDTF and their CIs to stop terrorizing us. For me and Karyn to get a piece of land/house. That we can get some vehicles from the impound of our choice. Please help us. We have lost everything. My home, my vehicles, and all my stuff.

Sincerely
Adam Hays

So i'm not sure where i'm going to be because I could be going to prison. Thank you again.

NAME Hays, Adam
CHIPPEWA COUNTY JAIL
50 E SPRUCE ST
CHIPPEWA FALLS WI 54729

Legal

THIS LETTER WAS MAILED FROM THE CHIPPEWA COUNTY JAIL

Clerk of US District Court
102 Federal Building
204 S main Street
South Bend, IN  46601

46601-212299